# DUNN LAMBERT LLC
### ATTORNEYS AT LAW
THE ATRIUM
EAST 80 ROUTE 4
PARAMUS, NEW JERSEY 07652

TELEPHONE: (201) 291-0700
FACSIMILE: (201) 291-0140
www.njbizlawyer.com

JOSEPH DUNN
NJ, NY & FL BARS
RICHARD J. LAMBERT
NJ & NY BARS
HARLAN L. COHEN
NJ & NY BARS

GERALDINE E. BEERS
NJ & NY BARS
TAE Y. CHO
NJ & NY BARS
MELISSA J. PAOLELLA
NJ & NY BARS

NEW YORK OFFICE:
32 UNION SQUARE EAST
NEW YORK, NY 10003
TELEPHONE: 212-260-9655
FACSIMILE: 212-260-9697

OF COUNSEL
L. MICHAEL KRIEGER
NJ, NY & DC BARS
OLGA BERDE MAHL
NY BAR

April 13, 2011

**RECEIVED**
APR 14 2011
DENNIS M. CAVANAUGH
U.S. DISTRICT JUDGE

<u>Via ECF and Federal Express</u>
Hon. Dennis M. Cavanaugh, U.S.D.J.
U.S. Post Office & Court House Building
Room 451
Federal Square
P.O. Box 999
Newark, New Jersey 07101-0999

    Re:    **Largie v. TCBA Watson Rice, LLP, et al.**
           **Case No.    2:10-cv-05533(DMC)(JAD)**
           **Motion Hearing Date:  April 21, 2011**

Dear Judge Cavanaugh:

     This office represents the defendants in connection with the above-captioned matter. On February 18, 2011, we filed a motion to dismiss or for partial summary judgment, returnable on March 21, 2011. (Docket Entry No. 10.) The Court determined that the motion was to be decided on the papers. (Docket Entry dated Feb. 18, 2011.)

     On March 1, 2011, the parties filed a Stipulation adjourning the motion. (Docket Entry No. 11.) On March 18, 2011, the Court "So Ordered" the Stipulation and scheduled the return date of the motion for April 21, 2011 with the motion to be decided on the papers. (Docket Entry No. 12.)

     The plaintiff's opposition papers were due on Thursday, April 7, 2011 but were not filed at that time. Today, April 13, 2011, nearly a week late, the plaintiff finally filed and served his opposition papers. Upon receiving the plaintiff's late (and voluminous) opposition papers, I contacted plaintiff's counsel, Nelson Canter, Esq., to inquire as to why the opposition was late. It was at that time that Mr. Canter first advised me that his opposition had been filed late because there had been a death in his family last week. After expressing my condolences, I requested Mr. Canter's consent to two week adjournment of the motion so the defendants would have a chance to file reply papers at least a week before the return date. Mr. Canter consented to my adjournment request. Without the adjournment of the motion, the defendants' reply papers would otherwise be due tomorrow.

# DUNN LAMBERT

DUNN LAMBERT LLC

Hon. Dennis M. Cavanaugh, U.S.D.J.
April 13, 2011
Page 2

      In light of the foregoing and to afford the defendants an opportunity to file reply papers, I respectfully request that the motion be adjourned until May 5, 2011.

    Thank you for your consideration of this request.

                                              Respectfully,

                                              DUNN LAMBERT, L.L.C.

                                              HARLAN L. COHEN

HLC:jac

Cc:    Hon. Joseph A. Dickson, U.S.M.J. (via ECF and Lawyers Service)
        Nelson E. Canter, Esq. (via ECF and email)

SO ORDERED
DENNIS M. CAVANAUGH, U.S.D.J.
4/14/11

DUNNLAMBERT